16 A.3d 500

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David PETKO, Petitioner.**

Supreme Court of Pennsylvania.

March 30, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of March, 2011, the Petition for Allowance of Appeal is **DENIED,** and Application to Withdraw as Counsel is dismissed as moot.